IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HILTON LAWRENCE BROWN, | ) | |
| ID # B51265, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:07-CV-0029-N |
| | ) | ECF |
| AMERICAN BAR ASSOCIATION, et al., | ) | |
|     Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's motion to proceed *in forma pauperis*. By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

**SIGNED April 26, 2007.**

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE